JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN WOLFGANG DUBBERKE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PERFORMANCE MECHANICAL, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22−cv−07891−SVW−PD<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>Complaint filed: September 21, 2022<br>Trial date: Not set |

# ORDER

The Court, having considered the Parties' Stipulation of Dismissal, orders as follows:

1. The individual allegations set forth in this Action shall be dismissed with prejudice;
2. The class allegations set forth in this Action shall be dismissed without prejudice; and
3. All upcoming hearings in this Action are vacated.

IT IS SO ORDERED.

Dated: December 13, 2022

_____
Hon. Stephen V. Wilson

ORDER GRANTING STIPULATION OF DISMISSAL